IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:00-cr-00434-GEB |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On January 27, 2010, supervise releasee Neil R. Brown filed a request for early termination of his supervised release status. This request is referred to the assigned United States Probation Officer for a recommendation on the request. A copy of this order shall be served on Neil R. Brown and Probation Officer Randy Walters.

Dated: February 2, 2010

GARLAND E. BURRELL, JR.
United States District Judge

1