IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )    2:00-CR-00434-GEB
                                    )
         v.                         )    ORDER
                                    )
NEIL R. BROWN,                      )
                                    )
              Defendant.            )
_____)

On April 16, 2010, defendant Neil R. Brown filed a Notice of Appeal of this Court's Order Denying His Request for Early Termination of Supervised Release (Docket No. 97). Because the Notice of Appeal was filed more than 14 days after entry of the Order, but within thirty days of the expiration of the time to file the notice of appeal, defendant may request this Court extend the deadline to file his Notice of Appeal based upon a showing of excusable neglect. Fed. R. App. P. 4(b)(4).

Defendant's request for an extension and any supporting papers are to be filed on or before June 7, 2010.

The Clerk shall serve this Order, along with a copy of the United States Court of Appeals for the Ninth Circuit's Order remanding this

matter (Docket No. 102), on defendant at the following address: Neil R.
Brown, 23665 Lynelle Lane, Red Bluff, California 96080.

Dated:  May 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge