IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States, | |
| Plaintiff, | 2:00-cr-00434-GEB |
| v. | ORDER |
| Neil R. Brown, | |
| Defendant. | |

Any appearance bond posted in this action concerning Neil R. Brown is exonerated.

Dated: November 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge